IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-00087-WYD-MEH

LISA RAWSON, individually and as mother and next friend of her minor children, Jacob Rawson, Michael Rawson, Catherine Rawson, and Matthew Rawson, and THOMAS RAWSON, individually,

    Plaintiffs,

v.

AETNA LIFE INSURANCE COMPANY,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER, having come before the Court on the parties' Stipulation for Dismissal with Prejudice, and the Court being fully advised in the premises, it is hereby

ORDERED that Plaintiff's Complaint and each claim for relief is dismissed with prejudice, each party to pay their own costs and attorneys' fees.

Dated:  July 19, 2011.

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      WILEY Y. DANIEL,
                                      CHIEF UNITED STATES DISTRICT JUDGE